IN THE UNITED STATES

DISTRICT COURT FOR THE DISTRICT

OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:19-cr-00361-11-IM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| **STACY JUAREZ,** | |
| <u>                    **Defendant.**</u> | |

Immergut, District Judge:

This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective on this day, followed by a term of five years of supervised release.

The Court concludes that the defendant does not pose a danger to any other

person or the community. The U.S. Probation Office has approved the residence of Ms. Juarez in Amboy, Washington. The Court adds the following conditions of supervised release: (1) self-quarantine at the approved residence for a period of 10 days (or fewer days at the discretion of the Probation Officer); and (2) home confinement until June 9, 2022. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that Defendant's sentence shall be reduced to time-served, effective 24 hours after the entry of this order.

Twenty-four hours after this order is entered, she shall be released for travel to her approved release residence in Amboy, Washington, if the BOP has determined that she is COVID-19 negative. If the BOP cannot make the determination by that date, the government shall notify the Court without delay. Upon her arrival at the residence, the defendant shall be required to adhere to a 10-day quarantine period at the residence (unless fewer days are approved), subject to location monitoring at the discretion of U.S. Probation, unless the U.S. Probation Office authorizes interruption of the quarantine for urgent reasons.

///

IT IS FURTHER ORDERED that the conditions of supervision shall be modified to require home confinement up to June 9, 2022. An amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated on January 7, 2022.

*Karin J. Immergut*
Hon. Karin J. Immergut,
United States District Judge